John M. Naylor
Nevada Bar No. 5435
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Midland Credit Management, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIA L. RAMOS, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a foreign corporation;<br><br>             Defendant. | Case No. 2:20-cv-01356-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: July 23, 2020 |

Defendant Midland Credit Management, Inc. ("Midland") and Plaintiff Mia L. Ramos ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Midland to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on July 23, 2020. (ECF No. 1). The current deadline for Midland to respond to the Complaint is August 18, 2020. Plaintiff and Midland stipulate and agree that Midland shall have until September 1, 2020 to file its responsive pleading.

/ / /

/ / /

1  This is Midland's first request for an extension of time to respond to the Complaint and is
2  not intended to cause any delay or prejudice any party, but due to Midland's counsel recently being
3  retained and to provide an opportunity to review the allegations in the Complaint.

**IT IS SO STIPULATED.**

DATED this 18th day of August 2020.    NAYLOR & BRASTER

By: */s/ John M. Naylor*
John M. Naylor (NBN 5435)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant
Midland Credit Management, Inc.*

DATED this 18th day of August 2020.    LAW OFFICE OF KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez (NBN 12594)
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123

*Attorney for Plaintiff Mia L. Ramos*

**IT IS SO ORDERED.**
Dated this 20th day of August 2020.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2