John M. Naylor
Nevada Bar No. 5435
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Midland Credit Management, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIA L. RAMOS, an individual, | Case No. 2:20-cv-01356-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., a foreign corporation; | **(SECOND REQUEST)** |
| Defendant. | Complaint filed: July 23, 2020 |

Defendant Midland Credit Management, Inc. ("Midland") and Plaintiff Mia L. Ramos ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Midland to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on July 23, 2020. (ECF No. 1). The parties entered into a stipulation extending the time for Midland to file its responsive pleading until September 1, 2020. (ECF No. 7). Plaintiff and Midland now stipulate and agree that Midland shall have an additional week, until September 8, 2020, to file its responsive pleading.

/ / /

1  This is the parties' second request for an extension of time to respond to the Complaint. The parties are actively engaged in settlement discussions and are requesting additional time to attempt to resolve this matter before Midland files its responsive pleading.

**IT IS SO STIPULATED.**

DATED this 1st day of September 2020.     NAYLOR & BRASTER

By: */s/ John M. Naylor*
John M. Naylor (NBN 5435)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Midland Credit Management, Inc.*

DATED this 1st day of September 2020.     LAW OFFICE OF KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez (NBN 12594)
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123

*Attorney for Plaintiff Mia L. Ramos*

**IT IS SO ORDERED.**
Dated this __3rd__ day of September 2020.

UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2