Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIA L. RAMOS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a foreign corporation;<br><br>Defendant. | Case No.: 2:20-cv-01356-RFB-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. WITH PREJUDICE** |

Plaintiff, Mia L. Ramos ("Plaintiff"), and Defendant, Midland Credit Management, Inc. ("MCM") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

///

Page 1 of 2

under FRCP 41(a) as to MCM, with Plaintiff and MCM bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: October 30, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: October 30, 2020

**NAYLOR & BRASTER**

*/s/ John M. Naylor*
John M. Naylor, Esq.
Nevada Bar No. 5435
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jnaylor@nblawnv.com
*Attorney for Midland Credit Management, Inc.*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   3rd day of November, 2020.